**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF I.L. | ) ) ) ) ) | CIV. ACT. NO. 1:24-cv-403-TFM-N |

**MEMORANDUM OPINION AND ORDER**

On November 14, 2024, the Magistrate Judge entered a report and recommendation which recommends this action be remanded to the Juvenile Court of Mobile County, Alabama for lack of subject-matter jurisdiction under 28 U.S.C. § 144(c). *See* Doc. 5. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this action is **REMANDED** *sua sponte* to the Juvenile Court of Mobile County.

The Clerk of Court is **DIRECTED** to effectuate the remand.

**DONE** and **ORDERED** this 18th day of December, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE